UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CIVIL ACTION NO.:** |
| | ) | |
| **VERSUS** | ) | |
| | ) | **JUDGE** |
| **SPRINGFIELD XD45, .45** | ) | |
| **CALIBER PISTOL, SERIAL NO.** | ) | **MAGISTRATE JUDGE** |
| **US653735** | | |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

**COMES NOW, THE UNITED STATES OF AMERICA**, by and through the United States Attorney for the Western District of Louisiana in a civil case of forfeiture *in rem* and avers as follows:

I.

This court has jurisdiction pursuant to 28 U.S.C. §§ 1345 and 1355.

II.

Venue is proper within this judicial district pursuant to 28 U.S.C. § 1395.

III.

The plaintiff is the United States of America, a sovereign nation authorized to sue.

IV.

The defendant is a Springfield XD45 .45 caliber pistol, serial number US653735.

V.

In April 2018, the Shreveport Resident Office of the United States Drug Enforcement Administration ("DEA") received information from a confidential source that Jason RICH was a methamphetamine and marijuana distributor based in Haughton, Louisiana. The confidential

source informed the DEA that RICH had a source of supply of methamphetamine in the Dallas, Texas area and that RICH would make weekly trips to meet the source.

VI.

As a result of the information obtained by DEA, the DEA utilized the confidential source to place a series of recorded telephone calls to RICH in an attempt to purchase one ounce of methamphetamine. On April 10, 2018, DEA conducted a controlled purchase of one ounce of methamphetamine from RICH utilizing the CS. The CS made recorded calls to RICH discussing the purchase of methamphetamine. RICH agreed to meet the CS at RICH's residence at 1126 Oliver Road in Haughton, Louisiana. RICH sold the CS one ounce of methamphetamine. The methamphetamine was processed by the DEA as evidence and field tested with positive results for the presumptive presence of methamphetamine.

VII.

On April 24, 2018, DEA Special Agent and Task Force Officer Rob Chapman ("Agent Chapman") obtained a cellular Ping warrant signed by United States Magistrate Judge Mark L. Hornsby for RICH's cellular telephone number (318)510-9723. Agent Chapman executed the activation of the cellular ping on April 25, 2018.

VIII.

On May 2, 2018, Agent Chapman learned that RICH may have made a trip to the Dallas, Texas area to meet his source of supply. The cellular ping confirmed that RICH was in the Dallas, Texas area. On May 3, 2018 at approximately 4:00 p.m., Agent Chapman checked data collected from the ping that suggested RICH may have traveled back to northwest Louisiana. DEA and Louisiana State Police established surveillance near Interstate 20 and the Louisiana State line.

IX.

At approximately 6:40 p.m. on May 3, 2018, Agent Chapman observed a grey 2016 Chevrolet Impala merge onto I-20 from the Exit 5 on ramp east bound. Agent Chapman established surveillance on the Impala vehicle bearing Texas license plate number KLY9984, a vehicle DEA observed RICH driving previously. Agent Chapman followed the vehicle and confirmed it was occupied by RICH. Agent Chapman advised Louisiana State Police Task Force Commander ("TFC") Trey Strickland of the vehicle and occupants.

X.

At approximately 6:56 p.m. on May 3, 2018, TFC Strickland conducted a traffic stop on the vehicle for failure to signal while exiting I-220 at Highway 80 and failure to signal while making a left turn from the off ramp onto Highway 80. At that time, TFC Strickland contacted the driver, identified as Jason RICH, who subsequently gave verbal consent to search the vehicle. TFC Strickland located a semi-automatic handgun (Springfield XD45 .45 caliber pistol, serial number US653735) concealed in the air intake under the hood of the Impala. Louisiana State Police K-9 handler TFC Matthew Titus conducted an open-air search around the vehicle. During the search, the K-9 gave a positive indication in the area of the passenger rear door.

XI.

At that time, TFO Chapman and Special Agent Chris Hembree approached RICH and advised him of his Miranda rights. RICH verbally acknowledged that he understood his rights. Agent Chapman asked RICH if there was methamphetamine in the car. RICH hesitated and lowered his head and advised that there were about 3 "zips" in the console near the gear shift. Agent Hembree located and recovered approximately 141.3 gross grams of methamphetamine

concealed under the console wrapped in a black sock. The methamphetamine was field tested with positive results for the presumptive presence of methamphetamine.

XII.

During an interview with RICH, he advised that he knew about the gun being in the air intake and that he recently purchased the methamphetamine in Greenwood, Louisiana.

XIII.

On May 3, 2018, RICH was arrested and transported to the Caddo Parish Correctional Center. On May 4, 2018, a Criminal Complaint was filed charging RICH with one count of possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1). See United States of America v. Jason Rich, Docket number 5:18cr00116. On May 14, 2018, a Bill of Information was filed charging RICH with knowingly and intentionally possessing with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii). On May 15, 2018, RICH entered into a plea agreement with the United States on the Bill of Information and waived indictment by a grand jury. On September 14, 2018, RICH was sentenced to 120 months incarceration, 5 years supervised release with conditions and ordered to pay a special assessment of $100.

XIV.

The DEA commenced an administrative forfeiture proceeding of the defendant property (Springfield XD45 .45 caliber pistol, serial number US653735) in accordance with 28 C.F.R. Parts 8 and 9 including notice of such forfeiture.

XV.

On July 12, 2018, David Madden ("MADDEN") submitted a claim in the administrative forfeiture proceeding in which he claimed ownership of the defendant property (Springfield XD45

.45 caliber pistol, serial number US653735) prompting the filing of this Complaint for Forfeiture *In Rem*. MADDEN's claim asserts that the defendant property (Springfield XD45 .45 caliber pistol, serial number US653735) was stolen from him. The DEA has been unable to locate any law enforcement report regarding a theft of the defendant property and has been unable to locate MADDEN to determine whether he is an innocent party with a right to possession of the defendant property.

XVI.

By reason of the foregoing, the defendant property, (Springfield XD45 .45 caliber pistol) should be forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) (property subject to forfeiture), 21 U.S.C. § 881(a)(11) (firearm used or intended to be used in sale of controlled substance), and 31 U.S.C. § 5332(c) (civil forfeiture) as property involved in and/or facilitating an illicit and illegal drug enterprise.

XVII.

The attached Verification, which is incorporated herein by reference, DEA Task Force Officer, Oscar H. Haynes, a federal agent involved in the criminal investigation and prosecution of Jason Rich, has verified the accuracy of all factual representations contained herein.

**WHEREFORE**, Plaintiff, the United States of America, prays:

1. That due process issue to enforce the forfeiture and give notice to the interested parties to appear and show cause why forfeiture should not be decreed;

2. That the defendant property, a Springfield XD45 .45 caliber pistol, serial number US653735, be condemned and forfeited to the United States of America to be disposed of according to law;

3. That this Court grant the government reimbursement of its cost and expenses, including

advertising and/or publication costs incurred in this matter;

    4. That this Court grant such other and further relief as it may deem just and proper.

        Respectfully submitted,

        DAVID C. JOSEPH
        UNITED STATES ATTORNEY
        WESTERN DISTRICT OF LOUISIANA

        BY: *s/ Katherine W. Vincent*
        KATHERINE W. VINCENT (#18717)
        Assistant United States Attorney
        800 Lafayette Street, Suite 2200
        Lafayette, Louisiana 70501
        Telephone: (337) 262-6618
        Facsimile: (337) 262-6693
        Email: Katherine.vincent@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2018, a copy of the foregoing *Verified Complaint for Forfeiture in Rem, Warrant for Arrest in Rem, Notice of Seizure in Rem, and Verification executed by Task Force Officer, Oscar H. Haynes* were filed electronically with the Clerk of Court using the CM/ECF system.  I also certify a copy of the same will be forwarded by U.S. mail to the following non-CM/ECF participant:

| | |
|---|---|
| David Madden<br>271 SE 5th Street<br>Sibley, Louisiana 71073<br>and dc_madden1976@yahoo.com | Jason Rich, 20596-035<br>FTC Oklahoma City<br>7410 S. Macarthur Blvd.<br>Oklahoma City, Oklahoma 73169 |

*/s/Katherine W. Vincent*
KATHERINE W. VINCENT
Assistant United States Attorney

## VERIFICATION

I, Oscar H. Haynes, a Louisiana State Trooper and Task Force Officer for the United States Drug Enforcement Administration (DEA), verify and declare under penalty of perjury that I am a Special Agent with the DEA, that I have read the foregoing Complaint *In Rem* and know the contents thereof, and that the matters contained in the Complaint *In Rem* are true to my own personal knowledge, except that those matters not within my own personal knowledge are alleged on information and belief, and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with other officers of the DEA.

I verify and declare under penalty of perjury that the foregoing is true and correct.

Signed October 10, 2018.

*O. H. Haynes IV*
Oscar H. Haynes
Task Force Officer (DEA Task Force)
Louisiana State Police

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
Springfield XD45,.45 Caliber Pistol, Serial Number US653735

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Shreveport Division
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Katherine W. Vincent, AUSA, U.S. Attorney's Office
800 Lafayette Street, Ste, Ville Platte, LA 70586 (337-262-6618)

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only) and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | / ☐ 555 Prison Condition | | | |
| | ☐ 448 Education / ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district *(specify)*
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC S 981(a)(1)(C); 21 USC S 881(a)(11) and 31 USC S 5332(c)
Brief description of cause:
Forfeit and Condemn Property

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: 10/10/2018
SIGNATURE OF ATTORNEY OF RECORD: s/ Katherine Vincent (No. 18717)

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.       (a) Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence.  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys.  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.      Jurisdiction**.  The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.

United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; federal question actions take precedence over diversity cases.)

**III.     Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.     Nature of Suit**.  Place an "X" in the appropriate box.  If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit.  If the cause fits more than one nature of suit, select the most definitive.

**V.      Origin**.  Place an "X" in one of the seven boxes.

Original Proceedings.  (1) Cases which originate in the United States district courts.

Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.

Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.

Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.

Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.  When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment.  (7) Check this box for an appeal from a magistrate judge's decision.

**VI.     Cause of Action**.  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity**.  Example:    U.S. Civil Statute: 47 USC 553
               Brief Description: Unauthorized reception of cable service

**VII.    Requested in Complaint**.  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand.  In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.   Related Cases**.  This section of the JS 44 is used to reference related pending cases if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature**.  Date and sign the civil cover sheet.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.: |
| | ) | |
| vs. | ) | |
| | ) | JUDGE |
| SPRINGFIELD XD45, .45 CALIBER PISTOL, SERIAL NO. US653735 | ) ) ) | |
| | ) | MAGISTRATE JUDGE |
| | ) | |

### WARRANT FOR ARREST *IN REM*

TO:   UNITED STATES MARSHALS SERVICE FOR THE WESTERN DISTRICT OF LOUISIANA and/or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court:

A Verified Complaint for Forfeiture *In Rem* was filed in the United States District Court for the Western District of Louisiana on October 10, 2018 in the above-captioned matter seeking forfeiture of property for the reasons stated in the Complaint.

WHEREAS, the defendants property Springfield Xd45, .45 Caliber Pistol, Serial No. US653735 is currently in the possession, custody or control of the UNITED STATES DRUG ENFORCEMENT ADMINISTRATION; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant *in rem* for the defendant property; and

WHEREAS, Supplemental Rule G(3)(c)(i) of the Federal Rules of Civil Procedure provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it who may be a Marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the defendant property as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

IN WITNESS WHEREOF, I, Clerk of the United States District Court for the Western District of Louisiana, have caused the foregoing Warrant of Arrest *In Rem* to be issued pursuant to the authority of the Supplemental Rule G(3)(b)(i) and the applicable laws of the United States and have hereunto affixed the seal of said Court at Lafayette, Louisiana, this 10th day of October, 2018.

                                        HONORABLE TONY MOORE
                                        Clerk of the Court
                                        United States District Court
                                        Western District of Louisiana


                                        By:_____
                                        Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CIVIL ACTION NO.:** |
| | ) | |
| **vs.** | ) | |
| | ) | **JUDGE** |
| **SPRINGFIELD XD45, .45** | ) | |
| **CALIBER PISTOL, SERIAL NO.** | ) | |
| **US653735** | ) | **MAGISTRATE JUDGE** |

## NOTICE OF SEIZURE *IN REM*

Notice is hereby given that on October 10, 2018, the United States of America filed an in rem forfeiture action pursuant to 18 U.S.C. § 922(g) for the forfeiture of one **SPRINGFIELD XD45, .45 CALIBER PISTOL, serial number US653735**. The defendant, SPRINGFIELD XD45, .45 CALIBER PISTOL, SERIAL NO. US653735, was seized on May 3, 2018, by agents from the United States Drug Enforcement Administration and is subject to seizure and forfeiture pursuant to 18 U.S.C. § 981(a)(1(C), 21 U.S.C. § 881(a)(11) and 31 U.S.C. § 5332(c).

All third party claimants to this property must file a claim contesting the forfeiture of the defendant property in accordance with Federal Rule of Civil Procedure, Supplemental Rule G(5). All such claims and answers must be filed with the Office of the Clerk, United States District Court, Western District of Louisiana, 300 Fannin Street, Shreveport, Louisiana 71101, with a copy thereof sent to Assistant United States Attorney Katherine W. Vincent, 800 Lafayette Street, Suite 2200, Lafayette, Louisiana 70501 or filed electronically in the record of the forfeiture action.

          Respectfully submitted,

          DAVID C. JOSEPH
          United States Attorney

BY:   *s/ Katherine W. Vincent*
          KATHERINE W. VINCENT (18717)
          Assistant United States Attorney
          800 Lafayette Street, Suite 2200
          Lafayette, Louisiana 70501-6832
          Telephone: (337) 262-6618
          Email: *Katherine.Vincent@usdoj.gov*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2018, a copy of the foregoing Notice of Seizure *In Rem* was filed electronically with the Clerk of Court using the CM/ECF system. I also certify a copy of the same as well as the *Warrant for Arrest In Rem* was mailed by Certified U.S. mail to the following non-CM/ECF participant on October 10, 2018.

| | |
|---|---|
| David Madden | Jason Rich, 20596-035 |
| 271 SE 5th Street | FTC Oklahoma City |
| Sibley, Louisiana 71073 | 7410 S. Macarthur Blvd. |
| and dc_madden1976@yahoo.com | Oklahoma City, Oklahoma 73169 |

          s/ Katherine W. Vincent
          KATHERINE W. VINCENT
          Assistant United States Attorney